

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00062-CR

**THE STATE OF TEXAS,**

**Appellant**

**v.**

**TIMOTHY SCOTT HEMPHILL,**

**Appellee**

**From the County Court at Law No. 2
Brazos County, Texas
Trial Court No. 14-01051-CRM-CCL2**

## MEMORANDUM OPINION

The State has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal, and the motion is signed by the State's attorney. *See id.* The motion is granted, and the appeal is dismissed. *See id.*; *State v. Miles*, 994 S.W.2d 410, 410 (Tex. App.—Waco 1999, no pet.) (mem. op.) (per curiam).


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 14, 2018
Do not publish
[CR25]

